# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AL-AHMED<br>1940 Calvert Street, Apt. 104<br>Arlington, Virginia 22201,<br><br>　　　　　　Plaintiff,<br><br>　　　*v.*<br><br>MICHAEL CHERTOFF, in his official<br>capacity as Secretary of U.S. Department of<br>Homeland Security<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528,<br><br>EMILIO T. GONZALEZ, in his official<br>capacity as Director of U.S. Citizenship and<br>Immigration Services<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528,<br><br>PHYLLIS HOWARD, in her official capacity<br>as District Director of U.S. Citizenship and<br>Immigration Services<br>U.S. Department of Homeland Security<br>Washington, D.C. 20528,<br><br>　　　*and*<br><br>MICHAEL B. MUKASEY, in his official<br>capacity as Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:08-cv-00678
Assigned To : Huvelle, Ellen S.
Assign. Date : 4/18/2008
Description: Admn. Agency Review

## COMPLAINT FOR WRIT OF MANDAMUS

1.     This is an action for declaratory and mandatory relief.  Plaintiff, Ali Al-Ahmed, through the undersigned counsel, files this action to compel the Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("CIS"), and the Department of Justice ("DOJ") to adjudicate his asylum-based Form I-485 Application to Adjust Status ("I-485 Application"), which was filed in November 1999, and has been pending now for more than eight (8) years.  Mr. Al-Ahmed is eligible for permanent residence on grounds of his now nine-year status as an asylee in the United States.

2.     This action also seeks to compel CIS to adjudicate Mr. Al-Ahmed's I-131 application for renewed travel authorization ("I-131 Application"), pending since its filing on March 5, 2003, which is an entitlement based upon Mr. Al-Ahmed's asylee status.  That application — pending now for almost five (5) years — was reportedly transferred to the CIS's Washington, D.C., District office on February 24, 2004, but has yet to be adjudicated.

3.     In addition, this action seeks to compel CIS to adjudicate Mr. Al-Ahmed's asylum-based I-765 application for a renewed employment authorization document ("I-765 Application"), pending since its filing on June 14, 2004.  That application — pending now for nearly four (4) years — was reportedly transferred to the CIS's Washington, D.C., District office on May 11, 2005, but has yet to be adjudicated.

4.     Mr. Al-Ahmed has fully met the statutory requirements to apply for lawful permanent residency, and to obtain renewed travel and employment authorization documents.  Furthermore, Mr. Al-Ahmed has sought relief through all available administrative channels to no avail, and has exhausted his administrative remedies.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over the present action pursuant to 28 U.S.C. § 1361, the Mandamus Statute; 28 U.S.C. § 2201, the Declaratory Judgment Act; 28 U.S.C. § 1331,

WASH_2546805.1

general federal question jurisdiction, and 5 U.S.C. § 702, the Administrative Procedures Act ("APA").

6.     Venue is properly with this court pursuant to 28 U.S.C. § 1391(e) because this is a civil action in which the Defendants are employees or officers of the United States, acting in their official capacities, and agencies of the United States, and because a substantial part of the events or omissions giving rise to the claims occurred in Washington, D.C.

## PARTIES

7.     Mr. Al-Ahmed is a citizen and national of Saudi Arabia, who resides in Arlington Virginia.   Mr. Al-Ahmed has lived in the United States since 1990.   Mr. Al-Ahmed is a consultant, writer, news commentator, and scholar, focusing on the issues of security and terrorism, social, political, and religious freedom, and human rights violations occurring Saudi Arabia.  Mr. Al-Ahmed is also the founder of the Institute for Gulf Affairs, a non-governmental organization focused on providing analysis and disseminating information on political issues in the Gulf region and United States-Gulf relations.

8.     Defendant Michael Chertoff is named in this action in his official capacity as the Secretary of DHS.    In this capacity, he has the responsibility for the administration and enforcement of the immigration and naturalization laws pursuant to section 402 of the Homeland Security Act of 2002, including the accurate, efficient, and secure processing of immigration benefits. *See* 107 Pub. L. No. 296, 116 Stat. 2135 (Nov. 25, 2002); *see also* 8 U.S.C. § 1103.

9.     Defendant Emilio T. Gonzalez is named in this action in his official capacity as the Director of CIS, an agency within DHS that is charged by law with the duty of adjudicating I-485 applications for adjustment of status to lawful permanent residence, I-131 applications for travel documents, and I-765 applications for employment authorization — each of which represent benefits for which asylees are entitled. *See* 8 C.F.R. §§ 2.1 & 103.1.

3

10.    Defendant Phyllis Howard is named in this action in her official capacity as the District Director of the Washington D.C. District Office of CIS. *Id.*

11.    Defendant Michael B. Mukasey is named in this action in his official capacity as the Attorney General of the United States.  In this capacity, he is charged with the authority and duty to direct, manage, and supervise all employees and all files and records of the Department of Justice, including the security checks required to obtain an immigration benefit such as adjustment of status to lawful permanent residence.

## FACTUAL ALLEGATIONS

12.    Mr. Al-Ahmed filed a petition for political asylum (Form I-589) on January 16, 1997, and was interviewed at the Minneapolis office of the Immigration and Naturalization Services on July 8, 1998.  At that interview, an asylum officer found Mr. Al-Ahmed to have suffered past persecution and to have a well-founded fear of future persecution in Saudi Arabia on grounds of his political and religious beliefs, and membership in a particular social group. Mr. Al-Ahmed was granted asylum in the United States on August 13, 1998. *See* Exhibit A.

### Adjustment of Status Application

13.    After one year had elapsed from his grant of asylum on August 13, 1998, Mr. Al-Ahmed became eligible to apply for permanent residency.  *See* 8 U.S.C. § 1159(b).  On September 27, 1999, Mr. Al-Ahmed filed an I-485 Application, petitioning the U.S. government to adjust his status from asylee to permanent resident. *See* Exhibit B.  Mr. Al-Ahmed received a Notice of Receipt of his I-485 Application from the CIS's Nebraska Service Center, indicating that the CIS had received his application on November 15, 1999. *See* Exhibit C.  That notice informed Mr. Al-Ahmed that the processing of his I-485 Application would take from 482 to 512 days. *See id.*

4

14.    As of the date of filing this action, Mr. Al-Ahmed has yet to receive a decision regarding his Adjustment Application — more than eight (8) years after petitioning for adjustment of his status.

15.    Mr. Al-Ahmed had his fingerprints taken in Minneapolis, Minnesota on October 15, 1999. *See* Exhibit D.

16.    Mr. Al-Ahmed was informed on January 24, 2007, that he was required to repeat the fingerprint requirement, as his previous fingerprint card was outdated. *See* Exhibit E. Mr. Al-Ahmed had his fingerprints taken a second time on January 25, 2007.

17.    On November 6, 2007, Officer June M. Williams of the CIS's Washington District Office conducted an adjustment of status interview to update Mr. Al-Ahmed's I-485 Application. Mr. Al-Ahmed received no information regarding the adjudication of his I-485 Application after that interview.

18.    On February 4, 2008, the CIS issued an Inter Office Memorandum regarding Revised National Security Adjudication and Reporting Requirements, stating that where an I-485 application "is otherwise approvable, and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485 ... and proceed with the card issuance." *See* Exhibit F. the application   The FBI name check on Mr. Al-Ahmed's I-485 application has been pending for more than 180 days. Mr. Al-Ahmed has no reason to believe that his I-485 application is not "otherwise approvable." Therefore, his I-485 application should be positively adjudicated immediately.

### Travel Authorization

19.    As an asylee, Mr. Al-Ahmed is statutorily eligible to obtain a Refugee Travel Document. See 8 C.F.R. § 223.2(b). Mr. Al-Ahmed applied for and received a Refugee Travel Document, based on his status as an asylee, in 2000, 2001, and 2002. *See* Exhibit G.

20.     In March 2003, Mr. Al-Ahmed filed his I-131 Application to renew his Refugee Travel Document with the CIS's Nebraska Service Center, as he had done annually since 2000. *See* Exhibit H. Mr. Al-Ahmed received a Notice of Receipt of this application, dated March 5, 2003. *See* Exhibit I. This notification states that adjudication of Mr. Al-Ahmed's I-131 Application would take approximately 235–265 days. *See id.* As of the date of filing this action, more than 1700 days — that is, nearly five (5) years — have passed without adjudication of Mr. Al-Ahmed's I-131 Application.

21.     Mr. Al-Ahmed was notified that the CIS's Nebraska Service Center had transferred his I-131 Application to the CIS's Washington District Office on February 24, 2004. *See* Exhibit J. Mr. Al-Ahmed has received no further information regarding the adjudication of his I-131 Application since it was transferred to the Washington District Office.

22.     Mr. Al-Ahmed is an internationally known scholar, commentator, and activist working primarily in the areas of social, political, religious rights, and security and terrorism issues. As is true for any scholar, a major part of Mr. Al-Ahmed's work involves meeting with other intellectuals to exchange ideas. As a result of the unreasonable delay in processing his refugee travel document, Mr. Al-Ahmed has been unable to express his intellectual freedom. For example, he has been invited to participate in numerous conferences and meetings around the world, which he has had to decline because he has no travel papers. For example, Mr. Al-Ahmed is invited annually to attend the annual meeting of the United Nations Human Rights Commission in Geneva, Switzerland, but is unable to do so without travel papers.

23.     Because he is unable to travel abroad, Mr. Al-Ahmed has been unable to visit his immediate family members in the Middle East. Mr. Al-Ahmed has ten nephews and nieces whom he has never been able to meet because he is unable to travel.

6

24.     Mr. Al-Ahmed's inability to travel abroad has also negatively affected him financially. As a researcher, he and his non-governmental organization have been unable to obtain grants for projects overseas, on account of the fact that he is unable to travel outside the United States.

### Employment Authorization Card

25.     As an asylee, Mr. Al-Ahmed is authorized to engage in employment in the United States. Mr. Al-Ahmed was informed by the Chicago Asylum Office that he would need an Employment Authorization Document ("EAD") as evidence for his eligibility to work in the United States. *See* Ex. A. Mr. Al-Ahmed applied for and received an EAD for the years 1996, and 1998 through 2003.

26.     In May 2004, Mr. Al-Ahmed filed his I-765 Application seeking renewal of his employment authorization and to obtain an updated EAD, as he had done annually since 1998. The CIS's Nebraska Service Center notified Mr. Al-Ahmed on June 14, 2004, that it had received his application. That notice informed Mr. Al-Ahmed that the processing for his application would be approximately eighty (80) days. As of the date of filing this action, more than 1300 days — that is, nearly four (4) years — have passed without adjudication of Mr. Al-Ahmed's I-765 Application. The only correspondence Mr. Al-Ahmed received regarding this application was a letter indicating there was no application fee for the I-765, and returning his check. *See* Exhibit K.

27.     Mr. Al-Ahmed was notified that the CIS's Nebraska Service Center had transferred his I-765 Application to the CIS's Washington District Office on May 11, 2005. *See* Exhibit L. Mr. Al-Ahmed has received no further information regarding the adjudication of his I-765 Application since it was transferred to the Washington District Office. Mr. Al-Ahmed went in person to the Washington District office on two occasions to inquire about his I-765

WASH_2546805.1

Application, neither of which visits yielded any answers regarding the adjudication of his application.

28.    While Mr. Al-Ahmed's I-94 Arrival and Departure card can serve as evidence that he is authorized to work in the United States (*see* Exhibit M), Mr. Al-Ahmed relies on the EAD as a second form of state-issued photo identification. As he has not received a renewed EAD, Mr. Al-Ahmed currently has only one form of photo identification — a driver's license — and is unable to obtain a second form of state-issued photo identification. Without two forms of state-issued photo identification, Mr. Al-Ahmed has been unable to open a new bank account in the United States, or engage in any other business that requires two forms of photo identification.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

29.    Mr. Al-Ahmed has exhausted his administrative remedies. Mr. Al-Ahmed and his attorneys have made numerous inquiries by letter, phone, and in person visits to the Washington District Office of the CIS, concerning the status of his I-485, I-131, and I-765 applications to no avail.

30.    Mr. Al-Ahmed contacted Virginia Senators James Webb and George Allen requesting their assistance in obtaining resolution of his pending applications, to no avail.

31.    On March 29, 2007, Mr. Al-Ahmed was informed by Senator Webb's office that his case was "pending with the fraud unit." *See* Exhibit N. No further information was provided concerning the practical impact of this statement, or even in which agency the "fraud unit" is located. Nor was Mr. Al-Ahmed ever directly informed by the DHS, CIS, or DOJ that his application had ever been transferred to a "fraud unit."

32.    On May 25, 2007, Mr. Al-Ahmed, through his attorneys, filed a request for information under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, hoping to obtain information explaining the location of his file and the delay in the adjudication of his I-485, I-

8

131, and I-765 applications. *See* Exhibit O. By letter dated June 21, 2007, Mr. Al-Ahmed was informed, through his attorneys, that his request was number 78,081 of 81,741 FOIA cases to be worked. *See* Exhibit P. As of January 29, 2008, Mr. Al-Ahmed had received no information pursuant to his May 25, 2007 FOIA request.

33.    On January 29, 2008, Mr. Al-Ahmed's attorneys were informed that adjudication of his I-485, I-131, and I-765 applications would be delayed until after the May 25, 2007 FOIA request was answered. Accordingly, Mr. Al-Ahmed, through his attorneys, officially withdrew the FOIA request on January 29, 2008. *See* Exhibit Q. After withdrawing the FOIA request, Mr. Al-Ahmed still has received no information regarding his I-485, I-131, and I-765 Applications.

34.    Mr. Al-Ahmed has no other adequate remedy available for the harm he seeks to redress, *i.e.* Defendants' failure to adjudicate his asylum-based application for adjustment of status to permanent residence in the United States, travel authorization, and employment authorization document.

## FIRST CAUSE OF ACTION

**Unreasonable Delay in Adjudicating Asylum-Based I-485 Application
for Adjustment of Status, in Violation of the Immigration and Nationality
Act and the Administrative Procedures Act**

35.    Mr. Al-Ahmed realleges and incorporates by reference paragraphs 1 through 34 above, as if fully set forth herein.

36.    Mr. Al-Ahmed was granted asylum status in 1998, and in 1999 he applied for asylum-based adjustment of status. He is eligible for lawful permanent residence pursuant to 8 U.S.C. § 1159(b).

37.    More than eight (8) years have passed without final adjudication of Mr. Al-Ahmed's Adjustment Application. The CIS is currently processing similar applications filed in 2005-06.

WASH_2546805.1

38.     The APA requires administrative agencies to conclude matters presented to them "within a reasonable time." 5 U.S.C. § 555.  A district court reviewing agency action may "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).  The court also may hold unlawful and set aside agency action that, *inter alia*, is found to be "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law," 5 U.S.C. § 706(2), "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right," 5 U.S.C. § 706(2)(C), or "without observance of procedure required by law," 5 U.S.C. § 706(2)(D).  "Agency action" includes, in relevant part, "an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 U.S.C. § 551(13).

39.     A delay of more than eight (8) years in processing an asylum-based I-485 Application for adjustment of status is *prima facie* unreasonable.

40.     Mandamus is an appropriate remedy whenever a party demonstrates a clear right to have an action performed by a government official who refuses to act. *See Donovan v. United States*, 580 F.2d 1203, 1208 (3d Circuit 1978).  Defendants have refused to adjudicate Mr. Al-Ahmed's asylum-based I-131 Application for a Refugee Travel Document.  Defendants have a duty to act upon the application, and have failed to do so within a reasonable time or manner. *See, e.g., Patel v. Reno*, 134 F.3d 929 (9th Cir. 1997).  Defendants have thus violated the Immigration and Nationality Act.

41.     The failure of Defendants to adjudicate Mr. Al-Ahmed's asylum-based I-485 Application for adjustment of status within a reasonable time period also violates the APA, 5 U.S.C. §§ 555(b), 706(1), 706(2)(A), 706(2)(C), & 706(2)(D).

WASH_2546805.1

42.    Mr. Al-Ahmed has exhausted all other available remedies.  He has "no other adequate means to attain the relief he desires." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980).  Thus, his right to issuance of the writ is "clear and indisputable." *Id.*

## SECOND CAUSE OF ACTION

**Unreasonable Delay in Adjudicating Asylum-Based Application for Travel Authorization, in Violation of the Immigration and Nationality Act and the Administrative Procedures Act**

43.    Mr. Al-Ahmed realleges and incorporates by reference paragraphs 1 through 42 above, as if fully set forth herein.

44.    Mr. Al-Ahmed was granted asylum status in 1998.  As an asylee, Mr. Al-Ahmed is statutorily eligible for travel authorization.  Yet nearly five (5) years have passed without final adjudication of Mr. Al-Ahmed's asylum-based I-131 Application for a renewed Refugee Travel Document.

45.    The more than five-year delay Mr. Al-Ahmed has faced for adjudication of his applications to renew his Refugee Travel Document is clearly unreasonable.

46.    Defendants have refused to adjudicate Mr. Al-Ahmed's asylum-based I-131 Application for a Refugee Travel Document.  Defendants have a duty to act upon the application, and have failed to do so within a reasonable time or manner.  *See, e.g., Patel v. Reno*, 134 F.3d 929 (9th Cir. 1997).  Defendants have thus violated the Immigration and Nationality Act.

47.    The failure of Defendants to adjudicate Mr. Al-Ahmed's asylum-based I-131 Application for a Refugee Travel Document within a reasonable time period also violates the APA, 5 U.S.C. §§ 555(b), 706(1), 706(2)(A), 706(2)(C), and 706(2)(D).

48.    Mr. Al-Ahmed has exhausted all other available remedies.  He has "no other adequate means to attain the relief he desires." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980).  Thus, his right to issuance of the writ is "clear and indisputable." *Id.*

WASH_2546805.1

### THIRD CAUSE OF ACTION

**Unreasonable Delay in Adjudicating Asylum-Based I-765 Application for Work
Authorization Document, in Violation of the Immigration and Nationality Act and the
Administrative Procedures Act**

49.     Mr. Al-Ahmed realleges and incorporates by reference paragraphs 1 through 48
above, as if fully set forth herein.

50.     Mr. Al-Ahmed was granted asylum status in 1998.  As an asylee, Mr. Al-Ahmed
is statutorily eligible for work authorization.  Yet nearly four (4) years have passed without final
adjudication of Mr. Al-Ahmed's asylum-based I-765 Application for a renewed Employment
Authorization Document.

51.     The nearly four-year delay Mr. Al-Ahmed has faced for adjudication of his
applications to renew his Employment Authorization Document is clearly unreasonable.

52.     Defendants have refused to adjudicate Mr. Al-Ahmed's asylum-based I-765
Application for Employment Authorization.  Defendants have a duty to act upon the application,
and have failed to do so within a reasonable time or manner.  *See, e.g., Patel v. Reno*, 134 F.3d
929 (9th Cir. 1997).  Defendants have thus violated the Immigration and Nationality Act.

53.     The failure of Defendants to adjudicate Mr. Al-Ahmed's asylum-based I-765
Application for Employment Authorization within a reasonable time period also violates the
APA, 5 U.S.C. §§ 555(b), 706(1), 706(2)(A), 706(2)(C), and 706(2)(D).

54.     Mr. Al-Ahmed has exhausted all other available remedies.  He has "no other
adequate means to attain the relief he desires." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33,
35 (1980).  Thus, his right to issuance of the writ is "clear and indisputable." *Id.*

## FOURTH CAUSE OF ACTION

### Violation of Fifth Amendment Due Process Clause

55.     Mr. Al-Ahmed realleges and incorporates by reference paragraphs 1 through 54 above, as if fully set forth herein.

56.     The Due Process Clause of the Fifth Amendment to the United States Constitution prohibits the government from depriving any person of life, liberty or property without due process of law.

57.     Defendants' failure to adjudicate Mr. Al-Ahmed's asylum-based I-485 Adjustment of Status Application, I-131 Application for Travel Authorization, and I-765 Application for Work Authorization within a reasonable time period violates Mr. Al-Ahmed's right to due process of law.

### PRAYER FOR RELIEF

WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that this Court grant the following relief:

a.     Assume jurisdiction over this matter;

b.     Order Defendants to promptly adjudicate, in a time period not to exceed 90 days, Mr. Al-Ahmed's asylum-based I-485 Application for adjustment of status, which has now been pending for more than eight years;

c.     Order Defendants to adjudicate immediately Mr. Al-Ahmed's I-131 application for a Refugee Travel Document, a document which Mr. Al-Ahmed is entitled to of right based on his status as an asylee in the United States;

d.     Order Defendants to adjudicate immediately Mr. Al-Ahmed's I-765 Application for an Employment Authorization Document, which has now been pending

13

for more than four years, and to which Mr. Al-Ahmed is entitled as of right based on his

status as an asylee in the United States;

      e.     Award reasonable attorney fees and costs pursuant to the Equal Access to

Justice Act, 5 U.S.C. § 504, 28 U.S.C. § 2412; and

      f.     Grant any and all further relief this Court deems just and proper.

Dated:  April 15, 2008                      Respectfully submitted,

                                 Simon E. Dance (D.C. Bar No. 436432)
                                 FOLEY & LARDNER LLP
                                 3000 K Street N.W., Suite 500
                                 Washington, DC 20007
                                 202.672.5300
                                 202.672.5399 (fax)

                                 *Attorney for Plaintiff, Ali Al-Ahmed*

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ALI AL-Ahmed | Michael Chertoff, Emilio T. Gonazlez, Phyllis Howard, and Michael B. Mukasey |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Simon E. Dance, Esq.
Foley & Lardner LLP
3000 K Street NW
Washington, DC  20007
Tel: 202/672-5524

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**● C. Administrative Agency Review**

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Complaint for Writ of Mandamus under 28 U.S.C. § 1361, 28 U.S.C. § 2201, 28 U.S.C. § 1331, and 5 U.S.C. § 702.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** [ _____ ]  Check YES only if demanded in complaint  **JURY DEMAND:** YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☐  If yes, please complete related case form.

DATE  April 15, 2008    SIGNATURE OF ATTORNEY OF RECORD  _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**EXHIBIT A**



**U.S. Department of Justice**
Immigration and Naturalization Service

---

*Chicago Asylum Office*
*401 S. LaSalle Street, 8th Floor*
*Chicago, IL 60605*

Date:    AUG. 1 3 1998
**A # 76 844 699**

Ali Abbas Alahmed
2057 Laurel Ave # 6
St. Paul, MN 55104

### <u>Asylum Approval</u>

Dear Mr. Alahmed:

This letter refers to your request for asylum in the United States filed on Form I-589. This office previously issued you a letter to notify you that your request for asylum had been recommended for approval, pending the results of the mandatory, confidential investigation of your identity and background.

It has been determined that you are eligible for asylum in the United States. Attached please find a completed Form I-94, Arrival Departure Record, indicating that you have been granted asylum status in the United States pursuant to §208(a) of the Immigration and Nationality Act (INA) as of the date noted above. You have been granted asylum in the United States for an indefinite period. This grant of asylum includes your dependents listed above who are present in the United States, were included in your asylum application, and for whom you have established a qualifying relationship by a preponderance of evidence.

In order to request derivative asylum status for any spouse or child who was not included in your asylum request, you must submit a Form I-730, Refugee and Asylee Relative Petition, to the Immigration and Naturalization Service (INS).

You are eligible for employment authorization for as long as you remain in asylum status. Your dependents listed above are also eligible for employment authorization, so long as they retain derivative asylum status. However, you must apply for and obtain an Employment Authorization Document (EAD) as evidence of your eligibility to work in the United States. To obtain an EAD, you must submit to the INS a Form I-765, Application for Employment Authorization. We suggest that you include a copy of this letter when applying for work authorization as an asylee.

A# 76 844 699
Page 2

If you plan to depart the United States, you must obtain permission to return to the United States before you leave this country.  If you do not obtain permission, you may be unable to reenter the United States, or you may be placed in proceedings where you will be required to establish your asylum status. You may apply for a Refugee Travel Document on a Form I-131, Application for Travel Document.

Asylum status does not give you the right to remain permanently in the United States.  Asylum status may be terminated if you no longer have a well-founded fear of persecution because of a fundamental change in circumstances, you have obtained protection from another country, or you have committed certain crimes or engaged in other activity that makes you ineligible to retain asylum status in the United States. See INA § 208(c)(2) and 8 C.F.R. §208.22(a).

You may apply for lawful permanent resident status under section 209(b) of the Immigration and Nationality Act after you have been physically present in the United States for a period of one year after the date you were granted asylum status. To apply for lawful permanent residence status, you must submit to the INS a Form I-485, Application to Register Permanent Residence or Adjust Status.

You must notify the INS of any change of address within ten days of any such change.  You may obtain a Form AR-11 at your nearest post office or INS office to comply with this requirement.

You may obtain any of the forms noted above at an INS District Office or INS Forms Center.  Instructions with or on the forms explain how to complete the forms, what documents to attach and where to send the completed forms.

Sincerely,

*Robert W. Esbrook*

Robert W. Esbrook
Director
Chicago Asylum Office

ZCH024

cc: M. Baldini-Potermin, Attorney of Record
Enclosure:      I-94

(Rev. 5/13/98)

# EXHIBIT B

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0053

# Application to Register Permanent Residence or Adjust Status

## START HERE - Please Type or Print

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name ALAHMED | Given Name ALI | Middle Initial |

**Address - C/O**  ALI  ALAHMED

Street Number and Name  2057 Laurel Ave.    Apt. # 6

City  SAINT PAUL

State  MN     Zip Code  55104

Date of Birth (month/day/year)  09/21/1966     Country of Birth  saudi arabia

Social Security #  475-295349     A # (if any)  076-844-699

Date of Last Arrival (month/day/year)  08/31/1995     I-94 #  241-49-833702

Current INS Status  assylee     Expires on (month/day/year)  na

### Part 2.  Application Type.  (check one)

I am applying for adjustment to permanent resident status because:

a. ☐ an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available visa number if approved.

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) (attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☒ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other-explain_____

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

*Continued on back.*

---

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| Applicant Interviewed | |

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other_____

**Country Chargeable**

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other_____

**Preference**

**Action Block**

**To Be Completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License #

Form I-485 (Rev. 10/13/98)N

## Part 3. Processing Information.

**A.** City/Town/Village of birth  SAFWA

Current occupation  FINANCIAL ANALYST

Your mother's first name  MALIKA

Your father's first name  ABBAS

Give your name exactly how it appears on your Arrival/Departure Record (Form I-94)

ALI  ALAHMED

Place of last entry into the U.S. (City/State)

CHICAGO, IL

In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*

student

Were you inspected by a U.S. Immigration Officer? ☒ Yes  ☐ No

Nonimmigrant Visa Number  008051

Consulate where Visa was issued  RIYADH

Date Visa was issued (month/day/year)  01/02/1995

Sex: ☒ Male  ☐ Female

Marital Status: ☐ Married  ☒ Single  ☐ Divorced  ☐ Widowed

Have you ever before applied for permanent resident status in the U.S? ☒ No  ☐ Yes (give date and place of filing and final disposition):

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes  ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name of organization, location, dates of membership from and to, and the nature of the organization. If additional space is needed, use separate paper.

Amnesty International, Winona chapter, Shia National Fund, Reform Movment Internatonal Committee For Human Rights inthe Gulf and ArabianPenesula, International Student Association,

Continued On Next Page

Form I-485 (Rev. 10/13/98)N

# Part 3. Processing Information. (Continued)

Please answer the following questions. ( If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U. S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S?

   ☐ Yes  ☑ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment) , or are you likely to receive public assistance in the future?

   ☐ Yes  ☑ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?

   ☐ Yes  ☑ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?

   ☐ Yes  ☑ No

5. Do you intend to engage in the U.S. in:
   a. espionage?
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?

   ☐ Yes  ☑ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?

   ☐ Yes  ☑ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?

   ☐ Yes  ☑ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?

   ☐ Yes  ☑ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?

   ☐ Yes  ☑ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?

    ☐ Yes  ☑ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?

    ☐ Yes  ☑ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not yet complied with that requirement or obtained a waiver?

    ☐ Yes  ☑ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?

    ☐ Yes  ☐ No

14. Do you plan to practice polygamy in the U.S.?

    ☐ Yes  ☑ No

**Continued on back**    Form I-485 (Rev. 10/13/98)N

**Part 4.    Signature.** *(Read the information on penalties in the instructions before completing this section.  You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit  I am seeking.  I understand that completion of this form by persons required by law to register with the Selective Service System (males 18 through 25 years of age) constitutes such registration in accordance with the Military Selective Service Act.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | ALI ALAHMED | 09/27/99 | 651-645-0011 |

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.    Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Day time Phone Number |
|---|---|---|---|
| | | | |

Firm Name
and Address

Form I-485 (Rev. 10/13/98)N

**EXHIBIT C**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| LIN-00-053-50339 | RECEIPT NUMBER 1485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| RECEIVED DATE<br>November 15, 1999 | PRIORITY DATE | APPLICANT   A076 844 699<br>ALAHMED, ALI |
| NOTICE DATE<br>December 15, 1999 | PAGE<br>1 of 1 | |

ALI ALAHMED
2057 LAUREL AVE APT 6
SAINT PAUL MN 55104

Notice Type:  Receipt Notice

Amount received: $ 245.00

Section: Asylee adjustment

The above application of petition has been received. It usually takes 482 to 512 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 69501-2521
Customer Service Telephone: 402-323-7830



Form I-797C (Rev. 09/07/93)N

**EXHIBIT D**

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066
Approval expires 4-30-85

| (Family name) AlAhmed | (First name) Ali | (Middle name) | ☒MALE ☐FEMALE | BIRTHDATE (Mo.-Day-Yr.) 9/21/1966 | NATIONALITY SAUDI | FILE NUMBER A076844699 |
|---|---|---|---|---|---|---|

ALL OTHER NAMES USED (Including names by previous marriages)

CITY AND COUNTRY OF BIRTH
SAFWA, SAUDI ARABIA

SOCIAL SECURITY NO. (If any) 475295349

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | AlAhmed | Abbas | 1/7/1934, Saudi Arabia | Safwa, Saudi Arabia |
| MOTHER (Maiden name) | AlHabib | Malika | 4/5/1935, Saudi Arabia | Safwa, Saudi Arabia |

| | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| HUSBAND(If none, so state) OR WIFE | | | | | | |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS, LIST PRESENT ADDRESS FIRST

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 2057 Laurel Ave. #6 | St. Paul | Minnesota | USA | 10 | 1997 | PRESENT TIME | |
| 1765 Carroll Ave #17 | St Paul | Minnesota | USA | 9 | 1996 | 10 | 1997 |
| Rout 3 | Winona | Minnesota | USA | 6 | 1996 | 8 | 1996 |
| 287 Lafayatte St | Winona | Minnesota | USA | 1 | 1995 | 6 | 1996 |
| 1585 Homer Rd. | winona | Minnesota | USA | 1 | 1992 | 12 | 1995 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| Barzan | Safwa | East | S. Arabia | 9 | 1966 | 10 | 1986 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| RFC | Analyst | 7 | 99 | PRESENT TIME | |
| University of St. Thomas | Lab Tech | 2 | 99 | 7 | 99 |
| Olsten Financial | Fee Special | 10 | 98 | 2 | 99 |
| UST | Lab Tech. | 6 | 97 | 10 | 98 |
| Intrem Staffing | Admin. Assit | 10 | 96 | 3 | 97 |

Show below last occupation abroad if not shown above. (Include all information requested above.)
na

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION   ☐ OTHER (SPECIFY):
☒ STATUS AS PERMANENT RESIDENT

Are all copies legible?  ☒ Yes

SIGNATURE OF APPLICANT

DATE
6-15-99

If your native alphabet is other than roman letters, write your name in your native alphabet here:
كاظم الاحمد

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| ALAHMED | ALI | | 076-844-699 |

Form G-325  (Rev. 10-1-82) Y

**(1) Ident.**

**EXHIBIT E**

U.S. Department of Homeland Security
2675 Prosperity Avenue
Fairfax, VA 22031



**U.S. Citizenship
and Immigration
Services**

*Ali A. Alachmed*

DATE: 1/24/07
FILE NUMBER A 76 844 699
RECEIPT NUMBER LIN 00 053 56 359

You have been scheduled for a [X] FINGERPRINT/ [ ] BIOMETRIC appointment.  Please report to the office below at the indicated time.

OFFICE LOCATION:

APPLICATION SUPPORT CENTER
8850 RICHMOND HIGHWAY, SUITE 100
ALEXANDRIA, VA 22309

DATE AND HOUR:          1/25/07  at  9:00am

APPLICATION FILED:

| | | |
|---|---|---|
| [ ] N-400 | [X] I-485 | [ ] I-600A | [ ] I-90 |
| [ ] I-881 | [ ] I-539 | [ ] I-817 | [ ] I-589 |
| [ ] I-821 | [ ] I-687 | [ ] I-765 | [ ] EOIR-4 |
| [ ] OTHER | | | |

FD-258 STATUS:                    [ ] NEW      [X] EXPIRED   [ ] REJECTED

**BRING WITH YOU:  1) THIS LETTER 2) YOUR SOCIAL SECURITY CARD 3) ALL PHOTO ID SUCH AS A PASSPORT, VALID ISSUED DRIVERS LICENSE, NATIONAL ID, MILITARY ID, OR OTHER USCIS ISSUED ID PHOTO.  NATURALIZATION APPLICANTS MUST PRESENT THEIR ALIEN REGISTRATION CARD.**

**YOU MAY BE ASKED TO RETURN ON ANOTHER DAY IF YOU HAVE ANY CUTS, BURNS OR ANY OTHER DEFECTIVE FINGERPRINT CONDITION.**

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.  IF YOU CANNOT KEEP THIS APPOINTMENT, REPORT TO THE APPLICATION SUPPORT CENTER ON ANY WEDNESDAY FOLLOWING YOUR SCHEDULED APPOINTMENT, AS LONG AS YOU HAVE FINGERPRINTS/BIOMETRICS TAKEN WITHIN 87 DAYS OF THIS NOTICE.**

SINCERELY,

Susan Dibbins
ACTING DISTRICT DIRECTOR

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
295.292 ON 01-25-07

**EXHIBIT F**

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

**FEB 4 - 2008**

## Interoffice Memorandum

HQ 70/23 & 70/28.1

**TO:**        Field Leadership

**FROM:**    Michael Aytes
              Associate Director, Domestic Operations

**SUBJECT:**    Revised National Security Adjudication and Reporting Requirements

### Background

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director

**EXHIBIT G**

# UNITED STATES OF AMERICA

### DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

## REFUGEE TRAVEL
## DOCUMENT

(UN Convention of July 28, 1951)

See important information on page 1 and on pages 23, 24,
and the inside of the back cover.

• THIS IS NOT A UNITED STATES PASSPORT •

THIS DOCUMENT AT ALL TIMES REMAINS THE PROPERTY OF THE UNITED
STATES AND SHALL BE RETURNED TO THE GOVERNMENT UPON DEMAND.

*If this document is found, please return it to:*

INS Service Center
P.O. Box 87131
Lincoln, NE 68501

Signature of Bearer \ Signature Du Titulaire          Form I-571 (Rev.08-13-86)

---

**U.S. IMMIGRATION AND NATURALIZATION SERVICE**



**Document de
Voyage de Refugié**

Type/Categorie
**TP**

Entries/Entrées
**M**

Surname/Nom
**AL AHMED**

Given Names/Prénoms
**ALI**

Date of Birth/Date de Naissance
**21 SEP/SEPT 66**

Date of Issue/
Date du Délivrance
**13 MAY/MAI 02**

Restrictions/Restrictions
**NONE**

Country/Pays
**SAUDI**

Book #/Registre
**900384415**

Middle Name/Deuxième Prénom
**ABBAS**

**CLASS: ASYLEE**

Date of Expiration/
Date d'Expiration
**13 MAY/MAI 03**

File Number/
Numero de Dossier
**A76844699**

```
T P U S A A L A H M E D < < A L I < A B B A S < < < < < < < < < < < < < < < < < < < < < < <
7 6 8 4 4 6 9 9 < 1 S A U 6 6 0 9 2 1 0 < 0 3 0 5 1 3 0 L I N D 2 1 1 5 5 1 3 3 0 < 7 4
```

# UNITED STATES OF AMERICA

## DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

# REFUGEE TRAVEL DOCUMENT
(UN Convention of July 28, 1951)

See important information on page 1 and on pages 23, 24,
and the inside of the back cover.

• THIS IS NOT A UNITED STATES PASSPORT •

THIS DOCUMENT AT ALL TIMES REMAINS THE PROPERTY OF THE UNITED
STATES AND SHALL BE RETURNED TO THE GOVERNMENT UPON DEMAND.

*If this document is found, please return it to:*

INS Service Center
P.O. Box 87131
Lincoln, NE 68501

Signature of Bearer / Signature Du Titulaire      Form I-571 (Rev.06-13-96)

---

## U.S. IMMIGRATION AND NATURALIZATION SERVICE



| | |
|---|---|
| Type/Catégorie **TP** | Country/Pays **SAUDI** | File Number/Numéro de Dossier **A76844699** |
| Entries/Entrees **M** | Book #/Registre **900314289** | |
| Surname/Nom **AL AHMED** | | |
| Given Names/Prénoms **ALI** | Middle Name/Deuxième Prénom **ABBAS** |
| Date of Birth/Date de Naissance **21 SEP/SEPT 66** | CLASS: ASYLEE |
| Date of Issue/Date de Délivrance **14 MAR/MARS 01** | Date of Expiration/Date d'Expiration **14 MAR/MARS 02** |
| Restrictions/Restrictions **NONE** | |

Document de
Voyage de Réfugié

```
TPUSAALAHMED<<ALI<ABBAS<<<<<<<<<<<<<<<<<<<<
76844699<1SAU6609210<0203144LIN0116654D21<58
```

# UNITED STATES OF AMERICA
### DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

# REFUGEE TRAVEL
# DOCUMENT
(UN Convention of July 28, 1951)

See important information on page 1 and on pages 23, 24, and the inside of the back cover.

• THIS IS NOT A UNITED STATES PASSPORT •

THIS DOCUMENT AT ALL TIMES REMAINS THE PROPERTY OF THE UNITED STATES AND SHALL BE RETURNED TO THE GOVERNMENT UPON DEMAND.

*If this document is found, please return it to:*

INS Service Center
P.O. Box 87131
Lincoln, NE 68501

Signature of Bearer / Signature Du Titulaire          Form I-571 (Rev.06-13-96)

IMMIGRATION AND NATURALIZATION SERVICE

**Refugee Travel Document**

| | | |
|---|---|---|
| Type/Catégorie | Country/Pays | File Number/Numéro de Dossier |
| TP | SAUDI | A76844699 |
| Entries/Entrées | Book #/Registre | |
| M | 900261552 | |
| Surname/Nom | | |
| ALAHMED | | |
| Given Names/Prénoms | | Middle Name/Deuxième Prénom |
| ALI | | ABBAS |
| Date of Birth/Date de Naissance | | CLASS: ASYLEE |
| 21 SEP/SEPT 66 | | |
| Date of Issue/Date du Délivrance | | Date of Expiration/Date d'Expiration |
| 15 MAR/MARS 00 | | 15 MAR/MARS 01 |
| Restrictions/Restrictions | | |
| NONE | | |

**Document de Voyage de Réfugié**

TPUSAALAHMED<<ALI<ABBAS<<<<<<<<<<<<<<<<<<<<
76844699<1SAU6609210<0103152LIN0009850251<40

# EXHIBIT H

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0005
Application for Travel Document

## START HERE - Please Type or Print

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name **ALAHMED** | Given Name **ALI** | Middle Initial |

Address - C/O

Street Number and Name **11735 Fairfax Woods Way**  Apt. # **6102**

City **Fairfax**   State or Province **VA**

Country **USA**   ZIP/Postal Code **2210**

Date of Birth (Month/Day/Year) **09-21-1966**   Country of Birth **Saudi Arabia**

Social Security # **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**   A # **768-446 99**

### Part 2.  Application Type (check one).

a. ☐ I am a permanent resident or conditional resident of the United States and I am applying for a Reentry Permit.

b. ☒ I now hold U.S. refugee or asylee status and I am applying for a Refugee Travel Document.

c. ☐ I am a permanent resident as a direct result of refugee or asylee status, and am applying for a Refugee Travel Document.

d. ☐ I am applying for an Advance Parole to allow me to return to the U.S. after temporary foreign travel.

e. ☐ I am outside the U.S. and am applying for an Advance Parole.

f. ☐ I am applying for an Advance Parole for another person who is outside the U.S.  Give the following information about that person:

| | | |
|---|---|---|
| Family Name | Given Name | Middle Initial |

Date of Birth (Month/Day/Year)   Country of Birth

Foreign Address - C/O

Street Number and Name   Apt. #

City   State or Province

Country   ZIP/Postal Code

### Part 3.  Processing Information.

Date of Intended departure (Month/Day/Year) ~~ALIBER~~ **03-30-2003**   Expected length of trip. **3 Weeks**

Are you, or any person included in this application, now in exclusion or deportation proceedings?
☒ No   ☐ Yes, at (give office name)

If applying for an Advance Parole Document, skip to Part 7.

Have you ever before been issued a Reentry Permit or Refugee Travel Document?
☐ No   ☒ Yes (give the following for the last document issued to you)

Date Issued **13 May 02**   Disposition (attached, lost, etc.) **attache - copy**

Form I-131 (Rev. 12/10/91) N   Continued on back.

---

### FOR INS USE ONLY

Returned   Receipt

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed on

Document Issued
☐ Reentry Permit
☐ Refugee Travel Document
☐ Single Advance Parole
☐ Multiple Advance Parole
Validity to

If Reentry Permit or Refugee Travel Document
☐ Mail to Address in Part 2
☐ Mail to American Consulate
☐ Mail to INS overseas office
AT

Remarks:
☐ Document Hand Delivered
On   By

Action Block

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 3.   Processing Information. (continued)

Where do you want this travel document sent? (check one)

- [x] Address in Part 2, above
- [ ] American Consulate at (give City and Country, below)
- c. [ ] INS overseas office at (give City and Country, below)

City                                        Country

If you checked b. or c., above, give your overseas address:

## Part 4.   Information about the Proposed Travel.

Purpose of trip. *If you need more room, continue on a separate sheet of paper.*

will travel to Geneva for human rights
Confrance at U.N. Commission

List the countries you intend to visit.

U.K, swisszeland,
France

## Part 5.   Complete only if applying for a Reentry Permit.

Since becoming a Permanent Resident (or during the past five years, whichever is less) how much total time have you spent outside the United States?

- [x] less than 6 months
- [ ] 6 months to 1 year
- [ ] 1 to 2 years
- [ ] 2 to 3 years
- [ ] 3 to 4 years
- [ ] more than 4 years

Since you became a Permanent Resident, have you ever filed a federal income tax return as a nonresident, or failed to file a federal return because you considered yourself to be a nonresident? (if yes, give details on a separate sheet of paper).

- [ ] Yes
- [ ] No

## Part 6.   Complete only if applying for a Refugee Travel Document.

Country from which you are a refugee or asylee:   Saudi   Arabia

If you answer yes to any of the following questions, explain on a separate sheet of paper.

Do you plan to travel to the above-named country?   N O

- [ ] Yes
- [x] No

Since you were accorded Refugee/Asylee status, have you ever: returned to the above-named country; applied for an/or obtained a national passport, passport renewal, or entry permit into this country; or applied for an/or received any benefit from such country (for example, health insurance benefits)?

- [ ] Yes
- [x] No

Since being accorded Refugee/Asylee status, have you, by any legal procedure or voluntary act, re-acquired the nationality of the above-named country, acquired a new nationality, or been granted refugee or asylee status in any other country?

- [ ] Yes
- [x] No

## Part 7.   Complete only if applying for an Advance Parole.

*On a separate sheet of paper, please explain how you qualify for an Advance Parole and what circumstances warrant issuance of Advance Parole. Include copies of any documents you wish considered. (See instructions.)*

For how may trips do you intend to use this document?
*If outside the U.S., at right give the U.S. Consulate or INS office you wish notified if this application is approved.*

- [ ] 1 trip
- [ ] More than 1 trip

## Part 8.   Signature.

*Read the information on penalties in the instructions before completing this section.  You must file this application while in the United States if filing for a reentry permit or refugee travel document.*

I certify under penalty of perjury under the laws of the United States of America that this petition, and the evidence submitted with it, is all true and correct.  I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature                                    Date  3-01-03            Daytime Telephone #  (703) 766-0200

Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application will have to be denied.

## Part 9.   Signature of person preparing form if other than above.  (sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature                          Print Your Name                          Date

Firm Name and Address

Daytime Telephone #
(     )

# EXHIBIT I

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-121-54430 | | CASE TYPE I131<br>APPLICATION FOR INS TRAVEL DOCUMENT |
|---|---|---|
| RECEIVED DATE<br>March 5, 2003 | PRIORITY DATE | APPLICANT A76 844 699<br>ALAHMED, ALI A. |
| NOTICE DATE<br>March 5, 2003 | PAGE<br>1 of 1 | |

ALI A. ALAHMED
11735 FAIRFAX WOODS WAY APT 6102
FAIRFAX VA 22030

**Notice Type:** Receipt Notice

Amount received: $ 110.00

The above application or petition has been received. It usually takes 235 to 265 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



Form I-797C (Rev. 09/07/93) N

**EXHIBIT J**

U.S Citizenship and Immigration Services - Case Status Service Online                    Page 1 of 1

 

Home   Contact Us   Site Map   FAQ

Search

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

**Case Status Search**

**Register**

**Login**

Receipt Number: lin0312154430

**Application Type: I131, APPLICATION FOR USCIS TRAVEL DOCUMENT**

**Current Status: This case has been sent to another office for processing.**

On **February 24, 2004,** we transferred this I131 APPLICATION FOR USCIS TRAVEL DOCUMENT to our WASHINGTON, DC location for processing and sent you a notice explaining this action. Please follow any instructions on this notice. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done. This case has been sent to our WASHINGTON, DC location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

Get Acrobat Reader

**05-30-2007 09:07 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

# EXHIBIT K



**U.S. Department of Justice**
Immigration and Naturalization Service

---

*Nebraska Service Center*
*PO BOX 82521*
*Lincoln, NE 68501-2521*
*Date* 6-23-04

06/23/2004 L I N-04-191-51759 L INBJJ01

ALI ALAHMED
1900 L STREET NW APT 309
WASHINGTON DC 20036

Dear Applicant:

Your remittance in the amount of $ 120.00 is returned.  No fee is necessary for the action you have requested.

For security purposes all checks and money orders are endorsed "For Deposit Only" upon receipt. You may present this letter to the financial institution issuing the remittance when requesting a refund.

Sincerely,

Terry E. Way

Terry E. Way
Director

TEW

**EXHIBIT L**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-04-191-51759 | | CASE TYPE  I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| RECEIPT DATE<br>June 23, 2004 | PRIORITY DATE | APPLICANT  A76 844 699<br>ALAHMED, ALI |
| NOTICE DATE<br>May 11, 2005 | PAGE<br>1 of 1 | |

ALI ALAHMED
1900 L STREET NW APT 309
WASHINGTON DC 20036

Notice Type:  Transfer Notice

This is to advise you that in order to speed processing we have transferred the above case to the following INS office
for processing:

    Washington District Office, 2675 Prosperity Avenue, Fairfax, VA 22031-4906

    Telephone: (800) 375-5283

That office will notify you of the decision made on the application or petition.  Any further inquiries should be made
to that office.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 800-375-5283**



Form I-797C (Rev. 08/31/04) N

**EXHIBIT M**

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future. You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official.

Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

**Record of Changes**

7684699

Port:

Date:

Carrier:                                                    Departure Record

Flight #/Ship Name:

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402

---

Departure Number

296552347 09

Immigration and
Naturalization Service

**I-94
Departure Record**

ADMITTED FOR AN INDEFINITE
PERIOD AS A RETURNING
ASYLEE UNDER SECTION 208(c)
OF THE IMMIGRATION AND
NATIONALITY ACT. IF YOU DEPART
THE UNITED STATES, YOU WILL
NEED PRIOR PERMISSION TO
RETURN. EMPLOYMENT AUTHORIZED.

| 14  Family Name |  | 16.  Birth Date (Day/Mo/Yr) |
|---|---|---|
| ALAHMED | | 0 4 2 6 6 |
| 15  First (Given) Name | | |
| ALI | | |
| 17  Country of Citizenship | | |
| Sadi Arabia | | |

See Other Side              ENGLISH              **STAPLE HERE**

**EXHIBIT N**

**JIM WEBB**
VIRGINIA

COMMITTEE ON
ARMED SERVICES
COMMITTEE ON
FOREIGN RELATIONS
COMMITTEE ON
VETERANS' AFFAIRS
JOINT ECONOMIC COMMITTEE

WASHINGTON OFFICE:
WASHINGTON, DC 20510
(202) 224-4024

# United States Senate
### WASHINGTON, DC 20510-4605

April 17, 2007

Mr. Ali Al-Ahmed
1940 N. Calvert Street, #104
Arlington, Virginia 22201

Dear Mr. Al-Ahmed:

I have received the enclosed interim response from Department of Homeland Security regarding my inquiry on your behalf and wanted to share it with you.

I will contact you again as soon as any additional information is available. In the meantime, please feel free to call JoAnn Pulliam in my Richmond office.

With warm regards, I remain

Sincerely,

Jim Webb
United States Senator

JW:jp
Enclosure

**Pulliam, JoAnn (Webb)**

| | |
|---|---|
| **From:** | Crandle, Sam [Sam.Crandle@dhs.gov] |
| **Sent:** | Thursday, March 29, 2007 12:52 PM |
| **To:** | Pulliam, JoAnn (Webb) |
| **Subject:** | Update cases |

1.Hiroko Lin ~ 24553715, I'm going to forward Di~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
(ASC) office so he can get his ~~~~~~~~~~~~~~~~~~~~~~~~~ card in the mail.
2.Ali Al-Ahmed – 76844699, This case is pending with the Fraud Unit.
     Thanks.

United States Senate

WASHINGTON, DC 20510-4605

OFFICIAL BUSINESS

U.S.S.

2220184173 C017

**EXHIBIT O**



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
ATTORNEYS AT LAW

WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
202.672.5300 TEL
202.672.5399 FAX
www.foley.com

WRITER'S DIRECT LINE
202.672.5543
sdance@foley.com EMAIL

May 25, 2007

<u>VIA E-MAIL</u>
(uscis.foia@dhs.gov)

Department of Homeland Security
U.S. Citizenship & Immigration Services
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO 64064-8010
FOIA Officer/Public Liaison: Brian Welsh

Re:    <u>Freedom of Information Act Request</u>

Dear Sir or Madam:

This letter constitutes a request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the implementing regulations of the Department of Homeland Security (DHS), 6 C.F.R. Part 5. I am writing to request copies of all written materials of any kind relating to the following individual: <u>**Ali Al-Ahmed (A076 844 699)**</u>. Additionally, I request the following items:

1.    All documents and case materials regarding Ali Al-Ahmed sent or referred to internal units, departments, divisions, or sub-groups of the Department of Homeland Security, including but not limited to the Fraud Unit;

2.    Any documents relating to a determination from such internal units, departments, divisions, or sub-groups regarding Ali Al-Ahmed; and

3.    Any documents relating to the status or pending investigation within the Department of Homeland Security or any other state agency regarding Ali Al-Ahmed.

I have enclosed with this request a letter from Mr. Al-Ahmed expressing his consent to having the records and documents released to me.

In order to assist your determination of my status for the purpose of assessing fees associated with this request, I am an attorney representing Mr. Al-Ahmed on a pro bono basis. My law firm, Foley & Lardner LLP, will be responsible for the applicable search and reproduction fees; however, please contact me directly if the cost to comply with this request will exceed $500.00.

BRUSSELS        DETROIT        MILWAUKEE      SAN DIEGO/DEL MAR    TAMPA
CHICAGO         JACKSONVILLE   ORLANDO        SAN FRANCISCO       TOKYO
DENVER          LOS ANGELES    SACRAMENTO     SILICON VALLEY      WASHINGTON, D.C.
                MADISON        SAN DIEGO      TALLAHASSEE         WEST PALM BEACH

WASH_1880808.1

# ▪FOLEY

FOIA Officer/Public Liaison: Brian Welsh
May 25, 2007
Page 2

All copies should be forwarded to my attention at the address above. In the event that DHS anticipates that its response to this request will not be provided within twenty working days, we would be willing to receive any responsive and releasable documents as they are collected and copied.

We hereby request that if other activities have responsive information that it be provided in a timely manner. If you have any questions, please do not hesitate to contact me at (202) 672-5543. Thank you for your prompt consideration of this request.

Very truly yours,

Simon E. Dance

Enclosure

U.S. Department of Justice

## Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Ali Al-Ahmed (A076 844 699)

Citizenship Status [2]  Asylee                     Social Security Number [3]  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

Current Address  1940 N. Calvert Street, Apartment 104, Arlington, VA 22201

Date of Birth  09-21-1966                    Place of Birth  Saudi Arabia

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _____  Date 5/25/07

## OPTIONAL:  Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Simon E. Dance, Foley & Lardner LLP, 3000 K Street NW, Suite 500, Washington, DC 20007
### Print or Type Name

[1] Name of individual who is the subject of the record sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

# EXHIBIT P

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010

JUN 2 9 2007



U.S. Citizenship
and Immigration
Services

June 21, 2007

NRC2007038592

Christine E. H. Hill
Foley & Lardner, LLP
3000 K Street, NW, Ste. 500
Washington, DC 20007

Dear Christine E. H. Hill:

This letter is in response to your status request, regarding the Freedom of Information Act request for information about the subject: Al Ahmed, Ali, received on May 31, 2007.

Your request is currently number 78081 on the list of 81741 pending cases to be worked.

We will answer your request as quickly as possible. If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at 816-350-5570 or fax any correspondence to 816-350-5785.

Sincerely,

T. Diane Cejka
Director

www.uscis.gov

# EXHIBIT Q



**U.S. Department of Homeland Security**
P.O. Box 648010
Lee's Summit, MO 64064-8010



January 30, 2008

NRC2007038592

Christine E. H. Hill
Foley & Lardner, LLP
3000 K Street, NW, Ste. 500
Washington, DC 20007

Dear Christine E. H. Hill:

This letter is to confirm that you have decided to withdraw your May 31, 2007 Freedom of Information Act request regarding the subject: Ali Al Ahmed.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at 816-350-5570 or fax any correspondence to 816-350-5785.

Sincerely,

T. Diane Cejka
Director

## Koeppl, Kelly

**From:**    FOIA, USCIS [uscis.foia@dhs.gov]
**Sent:**    Tuesday, January 29, 2008 4:38 PM
**To:**      Koeppl, Kelly
**Subject:** RE: Control No. NRC2007038592 -- ATTN: DONNA RING

Yes, this email will be sufficient to withdraw your FOIA. You should receive a letter soon confirming your withdraw. Thank you.

---

**From:** Koeppl, Kelly [mailto:KKoeppl@foley.com]
**Sent:** Tuesday, January 29, 2008 2:15 PM
**To:** FOIA, USCIS
**Cc:** Dance, Simon E.
**Subject:** FW: Control No. NRC2007038592 -- ATTN: DONNA RING

Dear Ms. Ring,

Simon Dance and I have recently been informed that after pending for more than 8 years, our client's I-485 application is now being delayed because of the pending FOIA request (Control No. NRC2007038592, submitted on behalf of Ali Al-Ahmed, A076844699 on May 25, 2007) we filed on his behalf last spring.   We thereore would like to immediately withdraw the FOIA request in this matter to facilitate final adjudication of Mr. Al-Ahmed's I-485 application.

If this email does not suffice to effectuate the withdrawal, please let me know at your earliest convenience the specific procedure by which we must make this request.

Thank you.

Sincerely,

Kelly L. Koeppl


**Kelly L. Koeppl**
**Foley & Lardner LLP**
3000 K Street NW, Suite 500
Washington, DC 20007
direct dial:  (202) 295-4760
fax:  (202) 672-5399

---

**From:** FOIA, USCIS [mailto:USCIS.Foia@dhs.gov]
**Sent:** Tuesday, June 12, 2007 4:23 PM
**To:** Dance, Simon E.; FOIA, USCIS
**Cc:** Koeppl, Kelly; Hill, Christine E.
**Subject:** RE: Control No. NRC2007038592

## I will have your case changed to the simple track.


2/14/2008

**Thank you for your cooperation in this matter.**

**Donna R. Ring**

---

**From:** Dance, Simon E. [mailto:SDance@foley.com]
**Sent:** Tuesday, June 12, 2007 3:18 PM
**To:** FOIA, USCIS
**Cc:** Koeppl, Kelly; Hill, Christine E.
**Subject:** RE: Control No. NRC2007038592

Dear Ms. Ring:  Your proposal is acceptable.  We look forward to the Department and other Agencies' responses.

---

**From:** FOIA, USCIS [mailto:USCIS.Foia@dhs.gov]
**Sent:** Tuesday, June 12, 2007 4:13 PM
**To:** Dance, Simon E.
**Cc:** Koeppl, Kelly; Hill, Christine E.
**Subject:** RE: Control No. NRC2007038592

**Unfortunately, we cannot split up your request.  I can have your request moved to the simple track for regular processing of your clients file, but as I stated, any documents found in the file from other agencies, will be sent to those agencies to process and respond to your request.  If this is acceptable, I will have your request placed in the simple track for processing and if other agency documents are in his file, they will be processed by those agencies.**

---

**From:** Dance, Simon E. [mailto:SDance@foley.com]
**Sent:** Tuesday, June 12, 2007 1:50 PM
**To:** FOIA, USCIS
**Cc:** Koeppl, Kelly; Hill, Christine E.
**Subject:** RE: Control No. NRC2007038592

Dear Ms. Ring:

Thank you for your speedy response to our follow up inquiry concerning control no. NRC2007038592.  Per your email, we request that you send us a copy of Ali Al-Ahmed's A-file pursuant to your simple track processing. Please, however, also continue to respond to our additional requests concerning any referrals made to other agencies, which as we understand it, will be on the "complex" response track.  Please advise if we need to make any further formal request of your office.

We appreciate your assistance in this matter.

Simon Dance

---

**From:** FOIA, USCIS [mailto:USCIS.Foia@dhs.gov]
**Sent:** Tuesday, June 12, 2007 2:00 PM
**To:** Hill, Christine E.

2/14/2008

**Cc:** Dance, Simon E.; Koeppl, Kelly
**Subject:** Control No. NRC2007038592

**Your request was placed in the complex track due to the nature of your original request. We cannot provide you copies of documents that might have been provided by other agencies or the agencies name or names, but upon processing your request for his A-file, we will let you know how many documents were referred to another agency for processing if any documents were referred. We will not know this information until your clients file is scanned in and processed.**

**If you would like to change the nature of your request and merely ask for a copy of your clients A-file, we will place this in the simple track for processing with the original date received intact for processing.**

**Thank you**

*Donna R. Ring*

**Supervisory, Paralegal Specialist**
**FOIA/PA Division**
National Records Center
(816) 350-5572

Email: Donna.Ring@dhs.gov

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator.

---

**From:** Hill, Christine E. [mailto:CHill@foley.com]
**Sent:** Tuesday, June 12, 2007 12:27 PM
**To:** Foia, Uscis
**Cc:** Dance, Simon E.; Koeppl, Kelly
**Subject:** Control No. NRC2007038592

Please see attached correspondence.

Christine E.H. Hill

Assistant to Paul R. Monsees, Brian S. Chilton and Kelly Koeppl
FOLEY & LARDNER LLP
Washington Harbour

2/14/2008

3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Phone: (202) 672-5355
Fax: (202) 672-5399
chill@foley.com

CONFIDENTIALITY NOTICE: THE INFORMATION CONTAINED IN THIS ELECTRONIC MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT (S) OR ANY AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT(S), YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE at 202-672-5300, DELETE THIS MESSAGE, AND RETURN ANY HARD-COPY PRINT OUTS THAT YOU HAVE MADE TO US BY U.S. MAIL. THANK YOU.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated

2/14/2008

otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.


Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.