UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI AL-AHMED,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security, *et al.*<br><br>    Defendant. | Civil Action No. 08-0678 (ESH) |

## **UNOPPOSED MOTION TO STAY**

Defendants, by and through their undersigned counsel, hereby move to stay their obligation to respond to the Complaint in this action until after the Court considers and decides their Motion to Transfer, filed June 13, 2008. Defense counsel has conferred with Plaintiff's counsel and learned that Plaintiff does not oppose this Motion. The grounds for this Motion are as follows.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants to adjudicate various immigration applications filed by Plaintiff with United States Citizenship and Immigration Services ("USCIS"). The U.S. Attorney's Office was served with the Complaint on April 23, 2008, and thus, Defendants' response to the Complaint is currently due on June 24, 2008. On June 13, 2008, Defendants moved the Court to transfer this action to the United States District Court for the Eastern District of Virginia ("EDVA").[1]

Defendants are likely to file an initial motion to dismiss this action in lieu of immediately answering the Complaint. The outcome of Defendants' transfer motion will, therefore, affect the

---

[1] Although defense counsel had not learned Plaintiff's position on Defendants' transfer motion as of filing, Plaintiff's counsel subsequently informed defense counsel that Plaintiff opposes transfer of this action to the EDVA.

content of such a dispositive motion -- namely, the controlling legal precedent relevant to such motion.  Furthermore, if this action is transferred to the EDVA, undersigned defense counsel will no longer be responsible for the defense of this action -- *i.e.*, the U.S. Attorney's Office for the EDVA will assume that responsibility.  Accordingly, deferring the deadline for Defendants' response to the Complaint in this action is a prudent measure that will obviate the need for superfluous briefing and preserve scarce governmental resources.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter.  No scheduling order has been entered and no other pending deadlines will be affected by granting the requested stay.  For the reasons stated above, the proposed stay serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the Defendants respectfully request that their time to respond to the Complaint in this action be stayed until the Court considers and decides their pending Motion to Transfer.  A proposed order is attached.

Dated: June 19, 2008
      Washington, DC

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

- 3 -

                    /s/
                BRIAN P. HUDAK
                Assistant United States Attorney
                555 4th Street, NW
                Washington, DC 20530
                (202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AL-AHMED,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security, *et al.*<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0678 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Unopposed Motion to Stay, and for good cause shown, it is hereby:

ORDERED that Defendants' Motion to Stay is GRANTED, and it is further

ORDERED that Defendants' time to respond to the Complaint in this action is hereby STAYED pending the Court's decision on the pending Motion to Transfer, and further order of the Court.

SIGNED:

_____              _____
Date                         ELLEN SEGAL HUVELLE
                          United States District Judge