UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI AL-AHMED, </br></br>      Plaintiff, </br></br>v. </br></br>MICHAEL CHERTOFF, Secretary, </br>U.S. Department of Homeland Security, *et al.* </br></br>      Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 08-0678 (ESH) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move, by and through their undersigned counsel, for an enlargement of time to reply to Plaintiff's Memorandum of Points and Authorities in Opposition ("Opposition") to Defendant's Motion to Transfer ("Transfer Motion"). Specifically, Defendant requests that the Court extend the deadline for responding to Plaintiff's Opposition from July 10, 2008 to July 11, 2008 -- a one-day extension of time. Plaintiff has graciously consented to the relief sought by this motion. The grounds for this Motion are set forth below.

This case concerns a mandamus claim brought by Plaintiff seeking to compel Defendants to adjudicate various immigration applications filed by Plaintiff with United States Citizenship and Immigration Services ("USCIS"). The U.S. Attorney's Office was served with the Complaint on April 23, 2008. On June 13, 2008, Defendants moved the Court to transfer this action to the United States District Court for the Eastern District of Virginia ("EDVA"), which Plaintiff opposed on June 27, 2008.

Promptly after receiving Plaintiffs' Opposition, undersigned counsel contacted Agency

- 2 -

counsel to obtain information and assistance in formulating a reply. Although undersigned counsel has been working diligently to analyze Plaintiff's Opposition and formulate an appropriate reply, given the recent holiday and matters and deadlines in other pending cases, defense counsel requests a brief extension. Indeed, deferring the filing of Defendant's reply for a short period of time will allow counsel sufficient time to prepare an appropriate response, which could further aid the Court in its consideration of the Transfer Motion.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline. No scheduling order has been entered and no other pending deadlines will be affected by granting the requested extension. Allowing defense counsel a short extension of time to prepare an appropriate reply serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for filing his reply to Plaintiffs' Opposition be extended to, and including, July 11, 2008. A proposed order is attached.

Dated: July 7, 2008
      Washington, DC

    Respectfully submitted,

    JEFFREY A. TAYLOR, D.C. BAR #498610
    United States Attorney

    RUDOLPH CONTRERAS, D.C. BAR #434122
    Assistant United States Attorney

- 3 -

        /s/
_____
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI AL-AHMED, </br></br>  Plaintiff, </br></br> v. </br></br> MICHAEL CHERTOFF, Secretary, </br> U.S. Department of Homeland Security, *et al.* </br></br> Defendant. | Civil Action No. 08-0678 (ESH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion for an Extension of Time to Reply, and for good cause shown, it is hereby:

ORDERED that Defendants' Consent Motion is GRANTED, and it is further

ORDERED that Defendants' shall have through and including July 11, 2008, to file a reply on their Motion to Transfer.

SIGNED:

_____  _____
Date                                                     ELLEN SEGAL HUVELLE
                                                              United States District Judge