UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI AL-AHMED, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, <br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 08-0678 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Transfer [Dkt. #2] is **GRANTED**. It is further

**ORDERED** that the Clerk of the Court shall transfer this action to the United States District Court for the Eastern District of Virginia.

**SO ORDERED**.

                                                                                   /s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: July 14, 2008